UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LEE THORNBERRY,<br><br>            Plaintiff,<br><br>      v.<br><br>WILEY,<br><br>            Defendant. | Case No. 1:20-cv-00328-SKO (PC)<br><br>**ORDER GRANTING IN PART MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 20) |

Defendant moves for an extension of time to file a responsive pleading to Plaintiff's complaint. (Doc. 20.) The deadline is currently August 9, 2021. The time for Plaintiff to file an opposition or a statement of non-opposition to Defendant's motion has not yet passed, *see* Local Rule 230(l); however, the Court deems neither necessary here because it finds good cause to grant a 60-day extension of time.

Accordingly, Defendant's motion is GRANTED in part. Defendant shall have until October 8, 2021, to file a responsive pleading to Plaintiff's operative complaint (Doc. 14).

IT IS SO ORDERED.

Dated:   **August 9, 2021**            */s/ Sheila K. Oberto*
                                              UNITED STATES MAGISTRATE JUDGE